UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 3:12-cv-30099

DENISE ROBINSON,  )
   Plaintiff  )
      )
v.  )
      )
MELVINA JONES,  )
   Defendant  )
      )
      )

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

### FIRST DEFENSE

The plaintiff fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The defendant responds to the allegations contained in Count I of the Complaint, paragraph by paragraph, as follows:

1. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.

2. The defendant denies the allegations contained in Paragraph 2.

3. The defendant denies the allegations contained in Paragraph 3.

4. The defendant denies the allegations contained in Paragraph 4.

5. The defendant denies the allegations contained in Paragraph 5.

6. The defendant denies the allegations contained in Paragraph 6.

8. The defendant denies the allegations contained in Paragraph 8.

1336720v1

### THIRD DEFENSE

By way of affirmative defense, the defendant says that the plaintiff was guilty of contributory negligence and that the damages, if any, recovered by the plaintiff from the defendant should be reduced in proportion to the said negligence of the plaintiff in accordance with M.G.L., Ch. 231, Sec. 85.

### FOURTH DEFENSE

By way of affirmative defense, the defendant says that the negligence of the plaintiff was greater than the alleged negligence of the defendant and that such negligence of the plaintiff contributed to their alleged injury and, therefore, the plaintiff is barred from recovery under M.G.L., Ch. 231, Sec. 85.

### FIFTH DEFENSE

By way of affirmative defense, the defendant says that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendant was not and is not legally responsible.

### SIXTH DEFENSE

By way of affirmative defense, the defendant says that at the time of the alleged accident, the plaintiff was guilty of a violation of law which contributed to the alleged accident.

### SEVENTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff has failed to commence this action within the time afforded by the pertinent statutes of the Commonwealth of Massachusetts and, therefore, cannot maintain this action.

### EIGHTH DEFENSE

By way of affirmative defense, the defendant says that the defendant is exempt from liability to the plaintiff under the provisions of M.G.L., Ch. 90, Sec. 34M for all or part of the damages, loss, or expenses claimed by the plaintiff.

### NINTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff may not recover for damages for any alleged pain and suffering including mental suffering associated with the alleged injury, under M.G.L., Ch. 231, Sec. 6D.

### TENTH DEFENSE

By way of affirmative defense, the Federal Court lacks subject matter jurisdiction over this suit as the matter in controversy does not exceed $75,000.00.

1336720v1

## ELEVENTH DEFENSE

By way of affirmative defense, the defendant says that service of process was insufficient.

## TWELFTH DEFENSE

By way of affirmative defense, the defendant says that the complaint should be dismissed pursuant to Rule 12(b)(4) for insufficiency of process.

## THIRTEENTH DEFENSE

By way of affirmative defense, the defendant days that the complaint should be dismisses pursuant to Rule 12(b)(5) for insufficient service of process.

**THE DEFENDANT CLAIMS A TRIAL BY JURY ON ALL TRIABLE ISSUES.**

Respectfully submitted,

MELVINA JONES

By his attorney,

*/s/ Mark R. Segalini*
Mark R. Segalini, BBO #450780
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
617-439-7500

DATED: _____

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the EFC System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 10th day of 2012.

Date:_____      Attorney: */s/ Mark R. Segalini*

4

1336720v1